### ETHERIDGE *v.* ETHERIDGE.

BECK, P. J. 1. This court will not control the discretion of the trial court in allowing temporary alimony, unless it has been flagrantly abused. Civil Code, § 2979.

2. That the court required the husband (the defendant) upon cross-examination to state, in answer to a question propounded by plaintiff's counsel, what he would take for a tract of land of which he was the owner, was not such error as will require the grant of a new trial; though the proper measure of the value was the true market value of the land in question.     *Judgment affirmed. All the Justices concur.*

No. 1110. APRIL 16, 1919.

Temporary alimony. Before Judge Crum. Ben Hill superior court. July 2, 1918.

*Eldridge Cutts,* for plaintiff in error.

*McDonald & Bennett,* contra.

---

### WOLF *v.* THE STATE.

ATKINSON, J. 1. No error of law is complained of, and the evidence was sufficient to support the verdict, which has the approval of the trial judge.

2. The grounds of the motion for new trial based upon the alleged newly discovered evidence fail to show proper diligence in discovering the alleged evidence, and it was not of such character as would probably produce a different result on another trial.

*Judgment affirmed. All the Justices concur.*

No. 1134. APRIL 16, 1919.

Indictment for murder. Before Judge Eve. Worth superior court. August 10, 1918.

*Passmore & Forehand* and *Perry & Williamson,* for plaintiff in error. *Clifford Walker, attorney-general, R. S. Foy, solicitor-general, M. C. Bennet,* and *J. H. Tipton,* contra.